LUCIEN P. BAZLEY

VERSUS

STATE

NO. 24-K-586

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Tran
First Deputy, Clerk of Court

October 09, 2025

Linda Tran
First Deputy Clerk

**IN RE** LUCIEN P. BAZLEY

**APPLYING FOR**  SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE R. CHRISTOPHER COX, III, DIVISION "B", NUMBER 22-4780

Panel composed of Judges Susan M. Chehardy,
Stephen J. Windhorst, and John J. Molaison, Jr.

## WRIT DENIED

Relator, Lucien Bazley seeks review of the trial court's November 7, 2024 denial of his motion to quash, motion for bill of particulars, and motion of objection.

Upon review, we find relator's writ application is deficient.  Relator failed to include a copy of (1) any pleading or motion filed in the trial court;[1] (2) an opposition, if any, to the motion(s); (3) the judgment, order, or ruling of which relator seeks review; (4) a minute entry; (5) a notice of intent and return date; or (6) the bill of information or indictment.  La. U.R.C.A., Rules 4-2, 4-3, and 4-5.  Accordingly, on the showing made, we deny relator's writ application.

Gretna, Louisiana, this 9th day of October, 2025.

**SJW**
**SMC**
**JJM**

---

[1] Relator's writ application contains the following handwritten written motions: (1) a motion to quash; (2) a motion for bill of particulars; and (3) a motion of objection.  However, the attached motions are not stamped as filed and it appears that while they might contain the same information, they are not true copies of the exact motions originally filed.

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. TRAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **10/09/2025** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**24-K-586**

**CURTIS B. PURSELL**
CLERK OF COURT

### E-NOTIFIED
24th Judicial District Court (Clerk)
R. Christopher Cox, III (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Lucien P. Bazley #358366 (Relator)
Jefferson Parish Correctional Center
P. O. Box 388
Gretna, LA 70054